Timothy R. O'Reilly, Esq.
Nevada Bar No. 8866
**O'REILLY LAW GROUP**
325 S. Maryland Parkway
Las Vegas, Nevada 89101
Telephone: (702) 382-2500
Facsimile: (702) 384-6266
E-Mail: efile@oreillylawgroup.com

Gerald I. Gillock, Esq.
Nevada Bar No. 51
Michael H. Coggeshall, Esq.
Nevada Bar No. 14502
Daniel J. McAdorey, Esq.
Nevada Bar No. 15433
**GILLOCK & COGGESHALL**
428 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 385-1482
Facsimile: (702) 385-2604
E-Mail: gillock@gmk-law.com

SAMUEL MIREJOVSKY, ESQ.
Nevada Bar No. 13919
ASHLEY M. WATKINS, ESQ.
Nevada Bar No. 13981
**SAM & ASH, LLP**
1108 S. Casino Center
Las Vegas, Nevada 89104
Telephone: (702) 820-4000
Facsimile: (702) 820-4444

*Attorneys for Defendants Juan Viramontes Garcia,
Aleyda Lara Martinez, Itzel Rios*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KEY INSURANCE COMPANY, a foreign corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JORGE L. ZAMORA-PUEBLA, individually; CLAUDIA ZAMORA-PUEBLA, individually; JUAN VIRAMONTES GARCIA, individually and as Natural Parent and Guardian of V.R.; ALEYDA LARA MARTINEZ, individually; and ITZEL RIOS, individually,<br><br>Defendants. | CASE NO.: 2:24-cv-01849<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between TIMOTHY R. O'REILLY, ESQ. of O'REILLY LAW GROUP, attorney for Defendants, JUAN VIRAMONTES GARCIA, ALEYDA LARA MARTINEZ, and ITZEL RIOS, and GREGORY M. SCHULMAN, ESQ. of THORNDAL ARMSTRONG PC, attorney for Plaintiff, KEY INSURANCE COMPANY, that all claims made by Plaintiff, KEY INSURANCE COMPANY, against Defendants, JUAN VIRAMONTES GARCIA, ALEYDA LARA MARTINEZ, and ITZEL RIOS, in above-entitled matter be dismissed with prejudice.

Defendants, JORGE L. ZAMORA-PUEBLA and CLAUDIA ZAMORA-PUEBLA have not made an appearance in this matter and GREGORY M. SCHULMAN, ESQ. of THORNDAL ARMSTRONG PC, attorney for Plaintiff, KEY INSURANCE COMPANY, voluntary dismisses the claims against them.

A Scheduling Order has not been filed and a Trial has not been set.

Each party to bear their own costs and attorneys' fees.

DATED: June 6, 2025                                      **O'REILLY LAW GROUP, LLC**

By: /s/ Timothy R. O'Reilly
    Timothy R. O'Reilly, Esq.
    Nevada Bar No. 8866
    325 S. Maryland Parkway
    Las Vegas, Nevada 89101

    *Attorneys for Defendants*

DATED: June 6, 2025                                      **THORNDAL ARMSTRONG PC**

By: /s/ Gregory M. Schulman
    Gregory M. Schulman, Esq.
    Nevada Bar No. 5766
    600 South Las Vegas Boulevard, Suite 400
    Las Vegas, Nevada 89101
    *Attorneys for Plaintiff*

**ORDER**

The Court, having reviewed the stipulation of counsel, and good cause appearing, hereby orders that the above-entitled matter be dismissed, with prejudice, the parties to bear their respective attorney fees and costs.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Date: 6/16/2025

Respectfully submitted by
**O'REILLY LAW GROUP**

By: _/s/ Timothy O'Reilly_
Timothy R. O'Reilly, Esq.
Nevada Bar No. 8866
325 South Maryland Parkway
Las Vegas, Nevada 89101
*Attorneys for Defendants*